1  P. Kristofer Strojnik, SBN 242728
2  pstrojnik@strojniklaw.com
   Esplanade Center III, Suite 700
3  2415 East Camelback Road
   Phoenix, Arizona 85016
4  415-450-0100 (tel.)

5
   Attorneys for Plaintiff
6

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 2:22-cv-20 |
|---|---|
| Plaintiff, | **JOINT MOTION TO DISMISS WITH PREJUDICE** |
| vs. | |
| SUITES DEVELOPMENT REDDING I LLC, an Oregon limited liability company dba Fairfield Inn & Suites Redding, | |
| Defendant. | |

The parties, by and through undersigned counsel, respectfully move for an Order of dismissal of this case, with prejudice; each party to bear their own costs and fees. A proposed form of Order is attached.

RESPECTFULLY SUBMITTED this 10th day of March, 2022.

/s/ P. Kristofer Strojnik
P. Kristofer Strojnik (242728)
Attorneys for Plaintiff


/s/ Richard Morin
Richard Morin (285275)
Attorneys for Defendant