# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>SUITES DEVELOPMENT REDDING I LLC, an Oregon limited liability company dba Fairfield Inn & Suites Redding,<br><br>Defendant. | Case No: 2:22-cv-20<br><br>**ORDER** |

Upon the joint motion of counsel for plaintiff and defendant, and for good cause shown,

IT IS HEREBY ORDERED that the above captioned action is hereby dismissed with prejudice, each party to bear their own costs and fees.

Dated: March 11, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE